**686 GIBBS vs. SUPERIOR COURT JUDGE (Detroit), 53 M., 496.**

To set aside a judgment of non-suit, which was ordered in an action for slander commenced by capias, because plaintiff had failed to comply with an order directing the defendant to file a statement of the particulars of the alleged slander.

Granted, without costs, April 29, 1884.

Held that the facts were given in the affidavits for the writ with abundant fullness, and the court should not have gone beyond. limiting plaintiff to the case set out in the affidavits, in case he failed to give further particulars.

**687 WINEMAN vs. CIRCUIT JUDGE (Wayne), 35 M., 497.**

To set aside a judgment of non-suit, in a case wherein relator was plaintiff, and one Van Baalan and another, were defendants.

Denied January 19, 1877.

A previous non-suit had been set aside upon payment of an attorney fee. The attorney fee was not paid, but defendants noticed the case for trial. At the opening of the term, plaintiff's counsel announced that the case was improperly on the docket, for the reason that plaintiff had not complied with the order setting aside the non-suit, but the court set the case down for trial on a day specified. On that day plaintiff failed to appear, and the second non-suit was entered.